HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JAZMIN FUENTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAZMIN FUENTES,<br><br>    Defendant. | Case No. 6:18-po-00631 JDP<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:  April 16, 2019<br>Time:  10:00 a.m.<br>Judge:  Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Jazmin Fuentes, that the status conference scheduled for April 16, 2019, may be continued to June 11, 2019, at 10:00 a.m.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

The parties reached a resolution in this case and anticipated resolving the case this week, with Ms. Fuentes appearing. However, Ms. Fuentes has asked to reschedule her appearance due to the expected passing of her father-in-law within the next few days. The parties ask to reschedule the case for June 11 when undersigned defense counsel is scheduled to be present, in order to afford continuity of defense counsel.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: April 15, 2019   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JAZMIN FUENTES

McGREGOR SCOTT
United States Attorney

Dated: April 15, 2019   /s/ T. Zindel for S. St. Vincent
SUSAN ST. VINCENT
Legal Officer

**O R D E R**

The status conference scheduled for April 17 is continued to June 11, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: April 16, 2019

UNITED STATES MAGISTRATE JUDGE