1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY BAR #5505144
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JAZMIN FUENTES

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 6:18-po-00631-JDP

12              Plaintiff,             **STIPULATION TO VACATE**
                                       **REVIEW HEARING; ORDER**
13  vs.

14  JAZMIN FUENTES,

15              Defendant.

16

17      The parties, through their respective counsel, Susan St. Vincent, Legal Officer, Yosemite

18  National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender,

19  counsel for the defendant, Jazmin Fuentes, hereby stipulate and jointly move this Court to vacate

20  the review hearing currently calendared for May 19, 2020.

21      On June 12, 2019, the Honorable Jeremy D. Peterson sentenced Ms. Fuentes to a term of

22  12 months unsupervised probation and a fine and special assessments totaling $600.00.  Ms.

23  Fuentes has paid her fine in full and is in compliance with all terms of probation. The undersigned

24  defense counsel respectfully moves the court to vacate the review hearing.  The government does

25  not object.

26  //

27  //

28  //

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated:  May 14, 2020

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park

HEATHER E. WILLIAMS
Federal Defender

Dated: May 14, 2020

*/s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
JAZMIN FUENTES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based on the parties' joint representation that Ms. Fuentes is in compliance with the conditions of her probation, the court vacates the review hearing in case 6:18-po-00631-JDP scheduled for May 19, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 15, 2020

UNITED STATES MAGISTRATE JUDGE